# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159694

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                SC: 159694
                                COA: 340802

JOHN PATRICK CAFARELLI,
        Defendant-Appellant.
                                Macomb CC: 2015-001079-FH

_____/

On order of the Court, the application for leave to appeal the April 18, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020

Clerk

s0224